■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES DURANT, Appellant. [827 NYS2d 678]—

Appeals by the defendant, as limited by his motion, from two sentences of the County Court, Suffolk County (Hinrichs, J.), both imposed August 9, 2004, on the ground that the sentences are excessive.

Ordered that the sentences are affirmed. No opinion. Miller, J.P., Rivera, Santucci and Lunn, JJ., concur.